# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRAD PEARSON,**

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD,**
**d/b/a CN/IC, a corporation,**

**Defendant.**                              No. 06-cv-0822-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's motion to withdraw motion to consolidate (Doc. 19). Said motion is **GRANTED**. Thus, the Court **DENIES as moot** Plaintiff's motion to consolidate (Doc. 16) and **CANCELS** the hearing set for May 16, 2007.

**IT IS SO ORDERED.**

Signed this 11th day of May, 2007.

/s/      David   RHerndon
**United States District Judge**