IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

BRAD PEARSON,                          )
                                       )
        Plaintiff,                     )
                                       )
vs.                                    )      No. 06-CV-00822-DRH-DGW
                                       )
ILLINOIS CENTRAL RAILROAD              )
COMPANY,                               )
                                       )
        Defendant.                     )

## NOTICE OF SETTLEMENT

Defendant, Illinois Central Railroad Company, hereby informs the Court that plaintiff and

defendant have entered into a settlement in this case, and expect that the settlement papers will

be executed and a Stipulation for Dismissal submitted to the Court within the next 75 days – the

check is to be issued within 60 days of the Release papers being executed.

Respectfully submitted,


By  s/ Kurt E. Reitz
    Kurt E. Reitz, #06187793
    525 West Main Street
    P.O. Box 750
    Belleville, Illinois  62222-0750
    618-277-4700
    FAX 618-236-3434

Attorney for Defendant, Illinois Central Railroad
Company

OF COUNSEL:
THOMPSON COBURN LLP


4765875.1

## Certificate Of Service

I hereby certify that on July 3, 2008, I electronically filed the foregoing Notice of Settlement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Patrick S. O'Brien at pobrien@rathmann.us.


s/  Kurt E. Reitz